IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HAROLD G. CAROTHERS,                                        CV. 06-1126-KI

        Petitioner,                                        ORDER

  v.

JEAN HILL,

        Respondent.

KING, Judge

    Petitioner's motion for voluntary dismissal (#24) is GRANTED. This proceeding is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this ____30th____ day of August, 2007.

                                      /s/ Garr M. King
                                      Garr M. King
                                      United States District Judge

1 -- ORDER